COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS. 2-04-568-CR

2-04-569-CR

LYNN LEWIS FUNK        APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 211
TH
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Withdrawal of Notice of Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
 See id.;
 
Tex. R. App. P.
 43.2(f).

PER CURIAM

PANEL F: 
CAYCE, C.J.; GARDNER,
 and WALKER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: March 2, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.